UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Darrell Collins

    v.                                                                Case No. 18-cv-01109-PB

FCI Berlin, Warden, et al


ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 15, 2021. The defendants' motion to dismiss and motion for summary judgment (doc. no. 31) is granted. Collins's complaint and complaint addendum are dismissed. The clerk may enter judgment and close the case. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to

magistrate's report will waive the right to appeal).

/s/ Paul Barbadoro
_____
Paul Barbadoro
United States District Judge

Date: July 9, 2021